IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20-CR-237 |
| vs. | |
| JACOB FAY, | ORDER |
| Defendant. | |

This matter is before the Court on the United States of America's Motion for Dismissal Filing 21. Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment without prejudice against Defendant, Jacob Fay.

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing 21) is granted, and this action is dismissed, without prejudice against Defendant, Jacob Fay.

Dated this 26th day of February, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge